UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CRIM. NO.: 2:20-CR-00024

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>KENYATTA LAMORE PARKER )<br>   a/k/a "Ken" )<br>DINARI DONKEITH LINDSEY ) | **ORDER TO UNSEAL<br>INDICTMENT** |

Upon motion of the United States of America, and for good cause shown, the sealed Four (4) Indictment returned by the Grand Jury for the Eastern District of North Carolina on May 12, 2020, is hereby ORDERED to be unsealed by the Clerk of the United States District Court for the Eastern District of North Carolina.

This __8th__ day of June 2020.

_Kimberly A. Swank_
UNITED STATES MAGISTRATE JUDGE